March 30, 2012

Mr. Craig A. Morgan
Attorney at Law
718 Sunfish
Austin, TX 78734-4410

Mr. Isaac Joel Tawil
Garcia Quintanilla & Palacios
5526 North Tenth Street
McAllen, TX 78504
Mr. Michael W. Eady
Thompson, Coe, Cousins & Irons, L.L.P.
701 Brazos, Suite 1500
Austin Centre
Austin, TX 78701

RE: Case Number: 10-0953
 Court of Appeals Number: 13-09-00153-CV
 Trial Court Number: C-2626-07-B

Style: FORD MOTOR COMPANY
 v.
 RICHARD H. GARCIA

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Mr. Robert E. |
| |Ammons |
| |Ms. Laura Hinojosa|